UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
VS. ) NO. 1:12-cr-00004-2
) JUDGE HAYNES
WILLIAM DAVID SHARPTON )

## MOTION TO CONTINUE TRIAL AND PLEA HEARING

Comes now the Defendant, William David Sharpton, through undersigned counsel, and respectfully moves the Court to continue the trial currently scheduled for July 10, 2012, and the plea hearing currently scheduled for June 25, 2012.

For grounds, Defendant would show that additional time is needed for counsel and Defendant to review discovery and prepare for a disposition in this matter. A waiver of speedy trial will be filed expeditiously. Assistant United States Attorney Brant Hannafan has advised counsel that the Government does not oppose this motion.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for William David Sharpton
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com

*[Handwritten order in right margin:]* ORDER. This motion is granted in the interest of justice to allow defense counsel to be prepared for trial. Counsel for the parties have 20 days to submit an agreed order with a new trial date and pretrial deadlines. [Signed] 6-22-12

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on Brent Adams Hannafan, Assistant United States Attorney, by the Court's ECF/electronic filing system, on this 21st day of June, 2012.

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR

Case 1:12-cr-00004    Document 21    Filed 06/21/12    Page 1 of 1 PageID #: 39