IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:12-cr-00004 |
| ) | JUDGE HAYNES |
| JASON NEVILL ) | |

### MOTION TO CONTINUE TRIAL AND PLEA HEARING

Comes now the defendant, Jason Nevill, by and through counsel of record, Travis Hawkins, and hereby moves this honorable Court to continue the trial date in this matter currently set for **July 10, 2012**, and the plea hearing currently scheduled for **June 25, 2012**.

Defendant's counsel would show that no discovery has yet been received from the government and additional time will be needed to review discovery when it has been received. A waiver of speedy trial is filed under separate cover.

Respectfully submitted,

s/ Travis Hawkins
Travis Hawkins, #17395
Attorney for Jay Nevill
120 Old Liberty Pike
Franklin, TN 37064
615- 599-1010

*[Handwritten annotation by Judge: GRANTED on the inherents of junkets to allow defense counsel time to prepare for trial. Deemed for the parties leave to agree to schedule. Agreed Order with a new trial date and pretrial deadlines.]*

*[Signed by Judge, dated 6-25-12]*