UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:12-00004 |
| | ) | |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JASON KIRBY NEVILL | ) | |
| WILLIAM DAVID SHARPTON | ) | |

**UNITED STATES' MOTION TO CONTINUE PLEA HEARINGS**

The United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby requests that this Court continue the sentencing hearing dates for the following defendants until January 4, 2013.

On December 18, 2012, the undersigned was advised that this Court had wanted to reschedule the defendants' plea hearings from 4:00 p.m. on December 19, 2012 in Columbia, Tennessee, until the morning of December 19, 2012 in Nashville. The undersigned then attempted to contact counsel for both defendants. Counsel for Mr. Sharpton is unavailable because of a prior commitment in state court and the undersigned could not reach counsel for Mr. Nevill.

The United States further respectfully requests that this Court reschedule the plea hearings for January 4, 2013, and that the hearings be held in Nashville instead of Columbia.

*[Handwritten: This motion is GRANTED. The hearing is reset for January 4, 2013 at 1:30 in Nashville as originally set. /s/ Judge, USDC 12-19-12]*