IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-00004 |
| | ) | Chief Judge Haynes |
| JAMES KIRBY NEVILL, | ) | |
| WILLIAM DAVID SHARPTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plea hearing in this action is **re-set for Friday, February 1, 2013 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the 22nd day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court