IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:12-00004-2 |
| ) | Chief Judge Haynes |
| WILLIAM DAVID SHARPTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The sentencing hearing is set in this action for **Monday, April 22, 2013 at 3:00 p.m.** By **Friday, April 12, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the 5th day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court