UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 1:12-cr-00004-2 |
| | ) | CHIEF JUDGE HAYNES |
| WILLIAM DAVID SHARPTON | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, William David Sharpton, through undersigned counsel, and respectfully moves the Court to continue the sentencing in this matter which is currently set for April 22, 2013.

For grounds, the Defendant would state to the Court that the Defendant is currently in the custody of the U.S. Marshal's service and he is en route from Florida to the Middle District of Tennessee as the result of an alleged violation of pre-trial release conditions. The Defendant respectfully requests a continuance in this matter to allow the Defendant additional time in which to review the presentence report with counsel for the Defendant and to further prepare for sentencing in this matter. Assistant United States Attorney Brant Hannafan has advised counsel that the Government does not oppose this motion. The Defendant requests at least an additional thirty (30) days to prepare for sentencing in this matter.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for William David Sharpton
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com