IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:12-cr-00004 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JASON NEVILL | ) | |

## ORDER

The sentencing hearing in this matter is reset for **Friday, January 31, 2014 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the 7th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court